No. 410, Misc., October Term, 1959. MAYFIELD v. SOUTH CAROLINA, 363 U. S. 846;

No. 466, Misc., October Term, 1959. LEATHER v. UNITED STATES, 363 U. S. 831;

No. 572, Misc., October Term, 1959. PENNSYLVANIA EX REL. HAUN v. MARONEY, WARDEN, ET AL., 363 U. S. 855;

No. 577, Misc., October Term, 1959. MILLER v. ILLINOIS, 363 U. S. 846;

No. 707, Misc., October Term, 1959. COOPER ET AL. v. DISTRICT OF COLUMBIA, 363 U. S. 847;

No. 782, Misc., October Term, 1959. EASTMAN v. SMYTH, PENITENTIARY SUPERINTENDENT, 363 U. S. 848;

No. 798, Misc., October Term, 1959. BRILLIANT v. UNITED STATES, 363 U. S. 806;

No. 870, Misc., October Term, 1959. DRANOW v. COMMITTEE ON CHARACTER AND FITNESS IN THE APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FIRST DEPARTMENT, ET AL., 363 U. S. 849;

No. 875, Misc., October Term, 1959. WALKER ET AL. v. WALKER ET AL., 363 U. S. 849;

No. 909, Misc., October Term, 1959. OPPENHEIMER v. SOUTHERN PACIFIC CO. ET AL., 363 U. S. 823;

No. 925, Misc., October Term, 1959. CUTTING v. BANK OF ALASKA (OR NATIONAL BANK OF ALASKA) ET AL., ante, p. 283;

No. 945, Misc., October Term, 1959. YOUNGQUIST v. BRUCKER, SECRETARY OF THE ARMY, 363 U. S. 851;

No. 946, Misc, October Term, 1959. EX PARTE SHERWOOD, 363 U. S. 851;

No. 956, Misc., October Term, 1959. DE GROAT v. NEW YORK, ante, p. 284;

No. 964, Misc., October Term, 1959. MORRISON v. UNITED STATES, 363 U. S. 851; and

No. 981, Misc., October Term, 1959. TWINING v. UNITED STATES, 363 U. S. 854. Petitions for rehearing denied.